UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HAROLD MILLS,

        Plaintiff,

                                              Case No.: 3:17-cv-455

vs.

21ST CENTURY CENTENNIAL
INSURANCE COMPANY and
FEDERAL INSURANCE COMPANY,

        Defendants.

_____/

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Northern District of Florida, Pensacola Division:

Defendants, 21ST CENTURY CENTENNIAL INSURANCE COMPANY (henceforth "21st Century") and FEDERAL INSURANCE COMPANY (henceforth "Federal Insurance"), by and through their respective undersigned attorneys and pursuant to 28 U.S.C. §§ 1441(a) and 1446, gives notice of removal of this action from the Circuit Court of the First Judicial Circuit in and for Santa Rosa County, Florida, to the United States District Court for the Northern District of Florida, Pensacola Division, and states as follows:

    1.    Defendants are defendants in a civil action brought against them in the Circuit Court of the First Judicial Circuit in and for Santa Rosa County, Florida, styled <u>Harold E. Mills vs. 21st Century Centennial Insurance Co. and Federal Insurance Co.</u>, Case No. 2017 CA 000407. A copy of the Complaint is attached hereto as pages 3-48 of Composite Exhibit "1."

2. The Complaint asserts claims for uninsured/underinsured motorist coverage ("UM") and for declaratory relief concerning entitlement to UM coverage.

3. Both Defendants were served with process on June 6, 2017. (*See* Exs. 1 at 2, 2 at 1.)

4. Federal Insurance Company provides UM coverage for the motor-vehicle accident described in the Complaint with a limit of $1,000,000.00. The policy issued to Plaintiff by 21st Century provides excess UM coverage in the amount of $100,000.00.

5. Co-Defendant Federal Insurance Company consents to removal of this action to this Court.

6. Plaintiff is seeking to recover an amount exceeding $75,000. Specifically, Plaintiff contends that he suffered a nondisplaced intraarticular distal radius fracture and an ulnar styloid fracture necessitating a right intraarticular radial styloid arthroscopic-assisted reduction with compression screw fixation on Plaintiff's right wrist. Plaintiff contends that he underwent occupational therapy and suffered a four-percent permanent impairment of the right wrist and a two-percent permanent impairment of the whole body. He also claims to have suffered mental anguish as a result of his injuries. He also seeks pain-and-suffering damages. In a letter dated November 26, 2014, counsel for Plaintiff stated that Plaintiff's damages were as follows:

| | |
|---|---|
| Past Medical Treatment | $5,970.47 |
| Future Medical Treatment | uncertain |
| Permanent Injury | $300,000.00 |
| Past Pain and Suffering | $100,000.00 |
| Future Pain and Suffering | $84,260.25 |
| Mental Anguish | $28,086.75 |
| Total Damages | $518,317.47 |

(*See* Ex. 3.)

7. Plaintiff's Complaint further claims entitlement to recover attorney's fees pursuant to section 627.428, Florida Statutes. Attorneys' fees are taken into account in determining the amount in controversy where the statute at issue authorizes their recovery. *Jackson v. Metropolitan Property & Cas. Ins. Co.*, No. 6:09-cv-604-Orl-31GJK, 2009 WL 1456439, at *2 (M.D. Fla. May 22, 2009) (holding that attorneys' fees were to be considered in determining the amount in controversy in a claim under Florida Statute 624.155 because the statute authorizes their recovery). Accordingly, attorneys' fees are to be taken into account in determining the amount in controversy.

8. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 and is one which may be removed to this Court by the Defendant herein, pursuant to 28 U.S.C. §§ 1441 and 1446, in that:

   A. This is an action between citizens of different states; and

   B. This is a civil action in which the amount of the controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9. According to the Complaint, Plaintiff HAROLD MILLS is a resident of Santa Rosa County, Florida.

10. Defendant 21st Century is a foreign corporation organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in Wilmington, Delaware. Therefore, under 28 U.S.C. § 1332(c), 21st Century is a citizen of Pennsylvania and Delaware.

11. On information and belief, Defendant Federal Insurance Company is a foreign corporation organized under the laws of the State of Delaware with its principle place of business in New Jersey. Therefore, under 28 U.S.C. § 1332(c), Federal

Insurance Company is a citizen of Delaware and New Jersey.

12. Complete diversity of citizenship exists between the Plaintiff and Defendants.

13. Venue is proper in the Pensacola Division of the Northern District of Florida because Santa Rosa County is located within said division pursuant to Local Rule 3.1 of the United States District Court for the Northern District of Florida.

14. A copy of this Notice of Removal is being filed by Defendants with the state court where this action is pending "promptly after" the filing in this Court of this Notice of Removal, pursuant to 28 U.S.C. § 1446(d).

15. In compliance with 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants is attached hereto as Exhibit "1."

WHEREFORE, Defendant prays that this Honorable Court exercise jurisdiction over this matter.

    BUTLER WEIHMULLER KATZ CRAIG LLP

    s/James Michael Shaw, Jr.
    JOHN W. WEIHMULLER, ESQ.
    Florida Bar No.:  0442577
    jweihmuller@butler.legal
    JAMES MICHAEL SHAW, JR., ESQ.
    Florida Bar No.:  0677851
    jshaw@butler.legal
    Secondary:  eservice@butler.legal
    400 N. Ashley Dr., Suite 2300
    Tampa, Florida  33602
    Telephone:  (813) 281-1900
    Facsimile:  (813) 281-0900
    *Attorneys for Defendant 21st Century Centennial Insurance Co.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been furnished to:

| | |
|---|---|
| K. Scott Warrick, Esq.<br>Gibson & Jarvis, P.A.<br>5412 Highway 90<br>Pace, FL  32571<br>scott.warick@gibsonandjarvis.com<br>Attorneys For:  Harold E. Mills | Alan R. Horky, Esq.<br>Courtney F. Smith, Esq.<br>Cole, Scott & Kissane, P.A.<br>890 South Palafox Street, Ste. 200<br>Pensacola, FL  32502<br>alan.horky@csklegal.com<br>courtney.smith@csklegal.com<br>roxane.hale@csklegal.com<br>Attorneys for: Federal Insurance Company |

by e-mail and U.S. Mail this 6th day of July, 2017.

s/James Michael Shaw, Jr.
JAMES MICHAEL SHAW, JR., ESQ.